COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Ramona Mayon v. Benson William Robertson Junior

Appellate case number:   01-18-00822-CV

Trial court case number: 462524

Trial court:             Probate Court No. 4 of Harris County

Appellant, who is proceeding pro se, is appealing from the trial court's August 9, 2018 order probating the will of Ben William Robertson, Sr. and authorizing issuance of letters testamentary. Appellant's brief was due on March 22, 2019. The Court issued notice that the brief was overdue and advised appellant that the appeal might be dismissed unless appellant filed a brief by April 15, 2019. On April 11, 2019, appellant filed a letter explaining that the letter she filed on March 20, 2019 constituted her brief.

The document filed on March 20, 2019 is not in compliance with the briefing requirements set out in the Texas Rules of Appellate Procedure. It does not include the required sections, including issues presented and argument made with "appropriate citations to authorities and to the record." TEX. R. APP. P. 38.1(f), (i). "[P]ro se litigants are held to the same standards as attorneys and must comply with all applicable and mandatory rules of pleading and procedure." *DeMino v. Sheridan*, 176 S.W.3d 359, 373 n. 17 (Tex. App.—Houston [1st Dist.] 2004, no pet.).

Therefore, the document appellant claims is her brief is stricken. *See* TEX. R. APP. P. 38.9. Appellant is ordered to file a corrected brief within 30 days of the date of this order in compliance with Rules 38.1, 9.4, and 9.5. *See* TEX. R. APP. P. 38.1, 9.4, 9.5.

It is so ORDERED.


Judge's signature: ____/s/ Justice Peter Kelly____
                    ☒ Acting individually   ☐ Acting for the Court


Date: __May 9, 2019__